**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | : | **Master Docket: Misc. No. 21-mc-1230-JFC** |
| BI-LEVEL PAP, AND MECHANICAL | : | |
| VENTILATOR PRODUCTS | : | **MDL No. 3014** |
| LITIGATION | : | |
| | : | **SHORT FORM COMPLAINT FOR** |
| This Document Relates to: | : | **PERSONAL INJURIES, DAMAGES,** |
| | : | **AND DEMAND FOR JURY TRIAL** |
| ANTHONY MOBARAK | | |

Plaintiff(s) incorporate(s) by reference the Second Amended Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial filed in *In re Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014, Master Docket Misc. No. 21-mc-1230 (the "Master Long Form Complaint"). This Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint.

Plaintiff(s) further allege(s) as follows:

**I.    DEFENDANTS**

1.      Plaintiff(s) name(s) the following Defendants in this action:

   X   Koninklijke Philips N.V.

   X   Philips North America LLC.

   X   Philips RS North America LLC.

   X   Philips Holding USA Inc.

1

_X_  Philips RS North America Holding Corporation.

_X_  Polymer Technologies, Inc.

_X_  Polymer Molded Products LLC.

II.   **PLAINTIFF(S)**

2.   Name of Plaintiff(s):

| |
|---|
| Anthony Mobarak |

3.   Name of spouse of Plaintiff (if loss of consortium claim is being made):

| |
|---|
| |

4.   Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

| |
|---|
| |

5.   State(s) of residence of Plaintiff(s) (if the Recalled Device user is deceased, residence at the time of death):

| |
|---|
| Florida |

2

**III.    DESIGNATED FORUM**

6.    Identify the forum (United States District Court and Division) in which the Plaintiff would have filed in the absence of direct filing:

> Middle District of Florida

**IV.    USE OF A RECALLED DEVICE**

7.    Plaintiff used the following Recalled Device(s):

| | |
|---|---|
| __ *E30 (Emergency Use Authorization)* | __ *Dorma 500* |
| __ *DreamStation ASV* | __ *REMstar SE Auto* |
| __ *DreamStation ST, AVAPS* | __ *Trilogy 100* |
| __ *SystemOne ASV4* | __ *Trilogy 200* |
| __ *C-Series ASV* | __ *Garbin Plus, Aeris, LifeVent* |
| __ *C-Series S/T and AVAPS* | __ *A-Series BiPAP Hybrid A30 (not marketed* |
| __ *OmniLab Advanced +* | *in U.S.)* |
| __ *SystemOne (Q-Series)* | __ *A-Series BiPAP V30 Auto* |
| X__ *DreamStation* | __ *A-Series BiPAP A40* |
| __ *DreamStation Go* | __ *A-Series BiPAP A30* |
| __ *Dorma 400* | __ *Other Philips Respironics Device*; if other, identify the model: |
| | _____ |

**V.    INJURIES**

8.    Plaintiff alleges the following physical injuries as a result of using a Recalled Device together with the attendant symptoms and consequences associated therewith:

__ COPD (new or worsening)

X__ Asthma (new or worsening)

__ Pulmonary Fibrosis

__ Other Pulmonary Damage/Inflammatory Response

__ Cancer _____ (specify cancer)

___ Kidney Damage

___ Liver Damage

___ Heart Damage

___ Death

___ Other (specify): _____

## VI.    CAUSES OF ACTION/DAMAGES

9.    As to Koninklijke Philips N.V., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| _X_ | Count I: | Negligence |
| _X_ | Count II: | Strict Liability: Design Defect |
| _X_ | Count III: | Negligent Design |
| _X_ | Count IV: | Strict Liability: Failure to Warn |
| _X_ | Count V: | Negligent Failure to Warn |
| _X_ | Count VI (1): | Negligent Failure to Recall |
| _X_ | Count VI (2): | Negligent Recall |
| _X_ | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| _X_ | Count X: | Breach of Express Warranty |
| _X_ | Count XI: | Breach of the Implied Warranty of Merchantability |
| _X_ | Count XII: | Breach of the Implied Warranty of Usability |
| _X_ | Count XIII: | Fraud |
| _X_ | Count XIV: | Negligent Misrepresentation |

_X_   Count XV:       Negligence Per Se

_X_   Count XVI:      Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

                   State(s) at issue: Florida

      Count XVII:     [DISMISSED]

____   Count XVIII:    Loss of Consortium

____   Count XIX:      Survivorship and Wrongful Death

_X_   Count XX:       Medical Monitoring

      Count XXI:      [DISMISSED]

_____   Count XXII:     Other [specify below]

|  |
|---|
|  |

_____   Count XXIII:    Violations of Connecticut Product Liability Act

_____   Count XXIV:     Violations of Indiana Product Liability Act

_____   Count XXV:      Violations of Kansas Product Liability Act

_____   Count XXVI:     Violations of Louisiana Product Liability Act

_____   Count XXVII:    Violations of Mississippi Product Liability Act

_____   Count XXVIII:   Violations of New Jersey Product Liability Act

_____   Count XXIX:     Violations of Ohio Product Liability Act

_____   Count XXX:      Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____ Count XXXI:    Violations of Washington Product Liability Act

_____ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

10.    As to Philips North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  X    Count I:    Negligence

  X    Count II:    Strict Liability: Design Defect

  X    Count III:    Negligent Design

  X    Count IV:    Strict Liability: Failure to Warn

  X    Count V:    Negligent Failure to Warn

  X    Count VI (1):    Negligent Failure to Recall

  X    Count VI (2):    Negligent Recall

  X    Count VII:    Battery

Count VIII:    [DISMISSED]

Count IX:    [DISMISSED]

  X    Count X:    Breach of Express Warranty

  X    Count XI:    Breach of the Implied Warranty of Merchantability

  X    Count XII:    Breach of the Implied Warranty of Usability

  X    Count XIII:    Fraud

  X    Count XIV:    Negligent Misrepresentation

  X    Count XV:    Negligence Per Se

  X   Count XVI:      Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

State(s) at issue: Florida

Count XVII:    [DISMISSED]

\_\_\_\_ Count XVIII:   Loss of Consortium

\_\_\_\_ Count XIX:    Survivorship and Wrongful Death

  X   Count XX:     Medical Monitoring

Count XXI:     [DISMISSED]

_____ Count XXII:   Other [specify below]

_____ Count XXIII:   Violations of Connecticut Product Liability Act

_____ Count XXIV:   Violations of Indiana Product Liability Act

_____ Count XXV:    Violations of Kansas Product Liability Act

_____ Count XXVI:   Violations of Louisiana Product Liability Act

_____ Count XXVII:  Violations of Mississippi Product Liability Act

_____ Count XXVIII: Violations of New Jersey Product Liability Act

_____ Count XXIX:  Violations of Ohio Product Liability Act

_____ Count XXX:   Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____ Count XXXI:  Violations of Washington Product Liability Act

_____ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

11.    As to Philips RS North America LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

  X    Count I:           Negligence

  X    Count II:          Strict Liability: Design Defect

  X    Count III:         Negligent Design

  X    Count IV:          Strict Liability: Failure to Warn

  X    Count V:           Negligent Failure to Warn

  X    Count VI (1):      Negligent Failure to Recall

  X    Count VI (2):      Negligent Recall

  X    Count VII:         Battery

       Count VIII:        [DISMISSED]

       Count IX:          [DISMISSED]

  X    Count X:           Breach of Express Warranty

  X    Count XI:          Breach of the Implied Warranty of Merchantability

  X    Count XII:         Breach of the Implied Warranty of Usability

  X    Count XIII:        Fraud

  X    Count XIV:         Negligent Misrepresentation

  X    Count XV:          Negligence Per Se

  X    Count XVI:         Consumer Fraud and/or Unfair and Deceptive Practices Under State Law

State(s) at issue: Florida

Count XVII:      [DISMISSED]

_____   Count XVIII:     Loss of Consortium

_____   Count XIX:      Survivorship and Wrongful Death

__X__   Count XX:       Medical Monitoring

Count XXI:      [DISMISSED]

_____   Count XXII:     Other [specify below]

```

```

_____   Count XXIII:    Violations of Connecticut Product Liability Act

_____   Count XXIV:     Violations of Indiana Product Liability Act

_____   Count XXV:      Violations of Kansas Product Liability Act

_____   Count XXVI:     Violations of Louisiana Product Liability Act

_____   Count XXVII:    Violations of Mississippi Product Liability Act

_____   Count XXVIII:   Violations of New Jersey Product Liability Act

_____   Count XXIX:     Violations of Ohio Product Liability Act

_____   Count XXX:      Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____   Count XXXI:     Violations of Washington Product Liability Act

_____   Economic Loss Claim

9

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

12.    As to Philips Holding USA Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| X | Count VI (1): | Negligent Failure to Recall |
| X | Count VI (2): | Negligent Recall |
| X | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of the Implied Warranty of Merchantability |
| X | Count XII: | Breach of the Implied Warranty of Usability |
| X | Count XIII: | Fraud |
| X | Count XIV: | Negligent Misrepresentation |
| X | Count XV: | Negligence Per Se |
| X | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |

10

State(s) at issue: Florida

          Count XVII:       [DISMISSED]

_____ Count XVIII:     Loss of Consortium

_____ Count XIX:       Survivorship and Wrongful Death

__X__ Count XX:        Medical Monitoring

          Count XXI:       [DISMISSED]

_____ Count XXII:     Other [specify below]

| |
|---|
| |

_____ Count XXIII:    Violations of Connecticut Product Liability Act

_____ Count XXIV:    Violations of Indiana Product Liability Act

_____ Count XXV:     Violations of Kansas Product Liability Act

_____ Count XXVI:    Violations of Louisiana Product Liability Act

_____ Count XXVII:   Violations of Mississippi Product Liability Act

_____ Count XXVIII:  Violations of New Jersey Product Liability Act

_____ Count XXIX:    Violations of Ohio Product Liability Act

_____ Count XXX:     Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____ Count XXXI:    Violations of Washington Product Liability Act

_____ Economic Loss Claim

11

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

13.    As to Philips RS North America Holding Corporation, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| X | Count VI (1): | Negligent Failure to Recall |
| X | Count VI (2): | Negligent Recall |
| X | Count VII: | Battery |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| X | Count X: | Breach of Express Warranty |
| X | Count XI: | Breach of the Implied Warranty of Merchantability |
| X | Count XII: | Breach of the Implied Warranty of Usability |
| X | Count XIII: | Fraud |
| X | Count XIV: | Negligent Misrepresentation |
| X | Count XV: | Negligence Per Se |
| X | Count XVI: | Consumer Fraud and/or Unfair and Deceptive Practices Under State Law |

State(s) at issue: Florida

12

|        | Count XVII:   | [DISMISSED] |
|--------|---------------|-------------|
| ____   | Count XVIII:  | Loss of Consortium |
| ____   | Count XIX:    | Survivorship and Wrongful Death |
| __X__  | Count XX:     | Medical Monitoring |
|        | Count XXI:    | [DISMISSED] |
| _____ | Count XXII:   | Other [specify below] |

| | | |
|-|-|-|

| _____ | Count XXIII:  | Violations of Connecticut Product Liability Act |
|--------|---------------|-------------|
| _____ | Count XXIV:   | Violations of Indiana Product Liability Act |
| _____ | Count XXV:    | Violations of Kansas Product Liability Act |
| _____ | Count XXVI:   | Violations of Louisiana Product Liability Act |
| _____ | Count XXVII:  | Violations of Mississippi Product Liability Act |
| _____ | Count XXVIII: | Violations of New Jersey Product Liability Act |
| _____ | Count XXIX:   | Violations of Ohio Product Liability Act |
| _____ | Count XXX:    | Violations of Tennessee Product Liability Act |

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

| _____ | Count XXXI:   | Violations of Washington Product Liability Act |
|--------|---------------|-------------|

_____ Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

14. As to Polymer Technologies, Inc., Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

| | | |
|---|---|---|
| X | Count I: | Negligence |
| X | Count II: | Strict Liability: Design Defect |
| X | Count III: | Negligent Design |
| X | Count IV: | Strict Liability: Failure to Warn |
| X | Count V: | Negligent Failure to Warn |
| | Count VIII: | [DISMISSED] |
| | Count IX: | [DISMISSED] |
| | Count XVII: | [DISMISSED] |
| _____ | Count XVIII: | Loss of Consortium |
| _____ | Count XIX: | Survivorship and Wrongful Death |
| X | Count XX: | Medical Monitoring |
| | Count XXI: | [DISMISSED] |
| _____ | Count XXII: | Other [specify below] |

| | | |
|---|---|---|
| _____ | Count XXIII: | Violations of Connecticut Product Liability Act |
| _____ | Count XXIV: | Violations of Indiana Product Liability Act |
| _____ | Count XXV: | Violations of Kansas Product Liability Act |

14

_____   Count XXVI:        Violations of Louisiana Product Liability Act

_____   Count XXVII:       Violations of Mississippi Product Liability Act

_____   Count XXVIII:      Violations of New Jersey Product Liability Act

_____   Count XXIX:        Violations of Ohio Product Liability Act

_____   Count XXX:         Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____   Count XXXI:        Violations of Washington Product Liability Act

_____   Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

15.   As to Polymer Molded Products LLC, Plaintiff(s) adopt(s) the following claims asserted in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial, and the allegations and prayer for relief with regard thereto, as set forth therein:

\_\_X\_\_   Count I:           Negligence

\_\_X\_\_   Count II:          Strict Liability: Design Defect

\_\_X\_\_   Count III:         Negligent Design

\_\_X\_\_   Count IV:          Strict Liability: Failure to Warn

\_\_X\_\_   Count V:           Negligent Failure to Warn

         Count VIII:        [DISMISSED]

         Count IX:          [DISMISSED]

         Count XVII:        [DISMISSED]

15

_____    Count XVIII:        Loss of Consortium

_____    Count XIX:         Survivorship and Wrongful Death

  X    Count XX:          Medical Monitoring

        Count XXI:         [DISMISSED]

_____    Count XXII:        Other [specify below]

<div style="border:1px solid black; height:80px;"></div>

_____    Count XXIII:       Violations of Connecticut Product Liability Act

_____    Count XXIV:        Violations of Indiana Product Liability Act

_____    Count XXV:         Violations of Kansas Product Liability Act

_____    Count XXVI:        Violations of Louisiana Product Liability Act

_____    Count XXVII:       Violations of Mississippi Product Liability Act

_____    Count XXVIII:      Violations of New Jersey Product Liability Act

_____    Count XXIX:        Violations of Ohio Product Liability Act

_____    Count XXX:         Violations of Tennessee Product Liability Act

In accordance with Tenn. Code Ann. § 29-28-107, Plaintiffs demand judgment in the amount of $_____, or such sum as the jury determines, against Philips and PolyTech, and for punitive damages in the amount of $_____ against Philips and PolyTech, or such sum as the jury determines, and request medical monitoring, interest, costs of suit, attorneys' fees, and such other relief as the Court deems equitable and just.

_____    Count XXXI:        Violations of Washington Product Liability Act

_____    Economic Loss Claim

Only Plaintiffs who submitted on or before February 7, 2023 a valid request for exclusion from the Amended Class Settlement Agreement and Release of Economic Loss Claims may assert an Economic Loss Claim as defined in the Settlement.

16

16. If additional claims against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial are alleged above, the additional facts, if any, supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following additional factual allegations against the Defendants identified in the Master Long Form Complaint for Personal Injuries, Damages and Demand for Jury Trial:

17. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

18. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 17 above:

WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form

Complaint for Personal Injuries, Damages and Demand for Jury Trial and any additional relief to which Plaintiff(s) may be entitled.

Date:   07/31/2026                                          /s/ Mark M. Abramowitz
                                                       **DiCELLO LEVITT LLP**
                                                       Mark M. Abramowitz (00327041)
                                                       8160 Norton Parkway, Third Floor
                                                       Mentor, Ohio 44060
                                                       Phone: (440) 953-8888
                                                       Fax:  (440) 953-9138
                                                       mabramowitz@dicellolevitt.com